■ NANCY E. ASCOLI, Respondent, v JOSEPH ASCOLI, Appellant. — Motion by petitioner to dismiss the appeals from (1) an order of the Family Court, Westchester County, dated December 2, 1980, and (2) a judgment of the same court, dated December 16, 1980. Motion granted with respect to the appeal from the order and said appeal is dismissed, without costs or disbursements, for failure to serve and file a timely notice of appeal. The motion is otherwise denied. Hopkins, J. P., Damiani, Lazer and Cohalan, JJ., concur.